**Martin K. Duncan, appellee, v. J. Ed Dazey, appellant.   Gen. No. 7,596.**

Action for accounting. Facts fully set out in Duncan v. Dazey, 214 Ill. App. 241. Decree for complainant. Appeal from the Circuit Court of Shelby county; the Hon. Thomas M. Jett, Judge, presiding. Heard in this court at the April term, 1923. Reversed in part and remanded in part. Opinion filed October 26, 1923.

Whitaker, Ward & Pugh, for appellant; Brown & Burnside, of counsel. Clive C. Martin and Ulys Pyle, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**John Gossage, appellee, v. Litchfield Creamery Company, appellant. Gen. No. 7,605.**

Action on the case for injuries by collision between defendant's motor truck and plaintiff's wagon in which plaintiff was thrown from wagon. Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed and remanded. Opinion filed October 26, 1923.

Charles G. Wineteer and John G. Friedmeyer, for appellant. Charles S. Gibbs and Oscar J. Putting, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Lena Spangler, appellee, v. Albert Geiger, appellant.   Gen. No. 7,616.**

Action for personal injuries sustained in automobile collision. Judgment for plaintiff. Appeal from the Circuit Court of McLean county; the Hon. Edward Barry, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Kennedy & Kennedy, Livingston & Whitmore and Oglevee & Franklin, for appellant; Thomas Kennedy, of counsel. Ernest A. Rich, Frank Gillespie and Costigan & Wollrab, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Faber-Musser Company, appellee, v. William E. Dee Company, appellant.   Gen. No. 7,577.**

Suit for damages for breach of contract for purchase of fire brick and fire clay. Judgment for defendant, confirmed on appeal by Appellate Court. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1923. Reversed and cause remanded. Opinion filed October 26, 1923.

Patton & Patton and John M. Quinlan, for appellant; William L. Patton and Henry L. Patton, of counsel.   Tichenor, Todd, Wilson & Barnett and Arthur Keithley, for appellee.

Per Curiam.